AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | Case No. 25-mj-02607 |
| v. ) | |
| Juana Angulo-Jimenez ) | Charging District: Southern District of Texas |
| ) | Charging District's Case No. 5:25-mj-01506 |
| *Defendant* ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Southern District of Texas<br>Laredo Division<br>1300 Victoria Street, Latefo, TX 78040 | Courtroom No.: |
|---|---|
| | Date and Time: 8/29/2025 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 08/18/2025

_____
*Judge's signature*

Barbara Moses, U.S.M.J.
*Printed name and title*